United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
J & J Video, LLC d/b/a Videos and More,
        Debtor.
_____/

Case No. 08-56835-R
Chapter 7

Warren Investment, Inc.,
        Plaintiff,

v.

Adv. No. 10-7092

General Casualty of Wisconsin and
Fred Dery, Trustee,
        Defendants.
_____/

### Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion to Amend

For the reasons set forth in the Court's opinion issued today, Fred Dery's motion to dismiss is granted and Warren Investment's motion to amend is denied. This adversary proceeding is dismissed.

It is so ordered.

**Signed on March 24, 2011**

                                                   /s/ Steven Rhodes
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**